So Ordered.

Dated: November 7, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
*In re Ex Parte* Application of FourWorld Event :    Case No.   22-mc-309
Opportunities Fund, L.P. for an order, pursuant to 28 :
U.S.C. § 1782, Granting It Leave To Obtain Discovery for :     ORDER TO FILE
Use in Foreign Proceedings.                     :   CIVIL CASE UNDER SEAL
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [~~PROPOSED~~] ORDER GRANTING PETITIONER'S *EX PARTE* MOTION TO SEAL

Petitioner FourWorld Event Opportunities Fund, L.P. (the "Petitioner"), having moved this

Court, by way of motion and accompanying memorandum of law and the Declaration of Marc R.

Rosen dated November 4, 2022, to file a new civil case under seal in the traditional manner, in

paper form, including the docket, the caption and the identity of the parties as well as Petitioner's

underlying application under 28 U.S.C. § 1782 and all associated motion papers, solely until

Respondent Christian Ulbrich has been served with the related Section 1782 subpoenas, and the

Court having reviewed the application and having found sufficient cause under Federal Rule of

Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

**ORDERED** that the motion is granted and this case may be filed under seal.  The parties

are directed to proceed in accordance with the instructions for filing under seal found in the court's

ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of

Court in the traditional manner, in paper form.  The Clerk is directed to restrict access to this order

to the selected party viewing level and close this case.