UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| *In re:*<br><br>EX PARTE APPLICATION OF FOURWORLD EVENT OPPORTUNITIES FUND L.P. | 22 Misc. 316 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

As discussed during the Court's oral decision of April 12, 2023, Respondent's motion to quash Petitioner's Section 1782 subpoenas and to vacate the Court's November 10, 2022 Order is GRANTED in its entirety. (Dkt. #17). The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   April 12, 2023
         New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge